Copy

8-14-2013

Clerk of Court                                    09-cr. 708

This is my notice of Appeal, I would like to Request New Council to Represent, my Appeal. Also A copy of the Resentencing minutes. At This current Time I am In transit Heading to the designated Facility by The FBOP. I will contact the courts again when I Arrive at that Facility.

Alhinde Weems 63786-066

**FILED**

AUG 15 2013

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk